**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8517**

---

DAVID MAURICE BEATTY,

Plaintiff - Appellant,

versus

DOCTOR LINCOLN,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge; Wallace Wade Dixon, Magistrate Judge. (CA-95-983)

---

Submitted: March 21, 1996          Decided: April 16, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

David Maurice Beatty, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court order denying relief on his 42 U.S.C. § 1983 (1988) complaint and a magistrate judge's order denying his motion for appointment of counsel. We have reviewed the record and the opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court and magistrate judge. <u>Beatty v. Lincoln</u>, No. CA-95-983 (E.D.N.C. Dec. 4 & 22, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>